**No. 53299.**—Gedeon Richter Pharmaceutical Products, Inc. *v.* United States, protest 144296–K (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 53300.**—Sandoz Chemical Works, Inc. *v.* United States, protest 144404–K (New York).

Opinion by COLE, J.   The protest was dismissed.

**No. 53301.**—W. J. Byrnes and Company of New York, Inc. *v.* United States, protest 145027–K (A) (New York).

Opinion by COLE, J.   The protest was dismissed.

BEFORE THE SECOND DIVISION, JUNE 20, 1949

**No. 53302.**—Simon Import Corp. *v.* United States, protest 134501–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53303.**—Tropical Craft Corporation, Successors to Tropical Craft Import & Export Corp. et al. *v.* United States, protests 134887–K/12935, etc. (New Orleans).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

**No. 53304.**—Pan American Import-Export Co. *v.* United States, protest 140989–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

No. 53305.—Fuchs Shoe Corp. *v.* United States, protests 144114–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

No. 53306.—Tropical Craft Corp. et al. *v.* United States, protests 146207–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal handbags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiffs was sustained.

No. 53307.—B. Altman & Co. *v.* United States, protest 117061–K (New York).

Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiff was therefore sustained.

No. 53308.—British West Indies Co. *v.* United States, protest 124186–K (New York).